No. 10–9987. LAGAS v. NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 10–9993. VARGAS SOTO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–10046. DELKER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–10066. KELSON v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 10–10084. ARMWOOD v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–10106. ATKINS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 10–10140. MORGANO v. RICCI, ADMINISTRATOR, NEW JERSEY STATE PRISON. C. A. 3d Cir. Certiorari denied.

No. 10–10165. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–10194. LAMONDA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–10197. CASTRO-FONSECA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10200. SLADE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10202. STATON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 10–10203. RANKIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10212. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–10219. REDLIGHTNING v. UNITED STATES. C. A. 9th Cir. Certiorari denied.